# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Coyote Logistics, LLC

                                   Plaintiff,

v.                                                            Case No.: 1:21–cv–06158
                                                            Honorable Charles P. Kocoras

MWV Trucking, Inc.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held. Counsel reported that the matter has been resolved. This case is dismissed without prejudice to convert to a dismissal with prejudice on 6/20/2022 without further order of court. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.